**IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, | No. 88673-8-I |
| Respondent, | DIVISION ONE |
| v. | UNPUBLISHED OPINION |
| FAHAD HUSSAIN, | |
| Appellant. | |

PER CURIAM. Fahad Hussain appeals the judgment and sentence entered on his guilty plea to robbery in the second degree, theft of a motor vehicle, and attempting to elude a pursuing police vehicle. His court-appointed attorney has filed a motion to withdraw on the ground that there is no basis for a good faith argument on review. Pursuant to *State v. Theobald*, 78 Wn.2d 184, 470 P.2d 188 (1970), and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967),

> "Th[e] request [to withdraw] must . . . (1) be accompanied by a brief referring to anything in the record that might arguably support the appeal. (2) A copy of counsel's brief should be furnished the indigent and (3) time allowed him to raise any points that he chooses; (4) the court—not counsel—then proceeds, after a full examination of all the proceedings, to decide whether the case is wholly frivolous."

*Theobald*, 78 Wn.2d at 185 (quoting *Anders*, 386 U.S. at 744).

This procedure has been followed. Hussain's counsel on appeal filed a brief

with the motion to withdraw. Hussain was served with a copy of the brief and informed of his right to file a statement of additional grounds for review (SAGR). Hussain has not filed a SAGR.

The material facts are accurately set forth in counsel's brief in support of the motion to withdraw. The court has reviewed the briefs filed in this court and has independently reviewed the entire record. The court specifically considered the potential issues raised by counsel, i.e., whether his guilty plea was knowing, intelligent and voluntary, and whether the trial court abused its discretion by denying his request for a continuance of the sentencing hearing and temporary release.

The potential issue is wholly frivolous, and our independent analysis of the record has revealed no other potentially reversible error. Counsel's motion to withdraw is granted, and the appeal is dismissed.

FOR THE COURT:

_____ Birk, J.

_____ Coburn, J.

_____, ACJ